UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Ronald L. Rodriguez,                                                                  Civil No. 06-1389 JNE/AJB

          Petitioner,

v.

**ORDER**

R.L. Morrison,

          Respondent.

      Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated May 16, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Ronald Rodriguez' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **granted**. [Docket No. 1]. The Bureau of Prisons shall timely conduct an individualized review of petitioner's CCC eligibility.

Dated: June 1, 2006

                                                  s/ Joan N. Ericksen
                                                  Joan N. Ericksen
                                                  United States District Court Judge